1  Lauren E. Stein (#025086)
   Amy Levine Heiserman (#032486)
2  QUARLES & BRADY LLP
   Renaissance One
3  Two North Central Avenue
   Phoenix, Arizona  85004-2391
4  Telephone:  602.229.5200
   E-Mail:        Lauren.Stine@quarles.com
5                 Amy.Heiserman@quarles.com

6  Wendy J. Wildung (*pro hac vice*)
   Scholastica N. S. Baker (*pro hac vice*)
7  FAEGRE DRINKER BIDDLE &REATH LLP
   2200 Wells Fargo Center
8  90 S. Seventh Street
   Minneapolis, Minnesota 55402
9  Telephone:  612.766.7000
   E-Mail:        wendy.wildung@faegredrinker.com
10                scholastica.baker@faegredrinker.com

11 *Attorneys for Boston Scientific Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jamie Hix and Byron Hix, wife and husband, | No. CV 19-00422-PHX-DMF |
| Plaintiffs, | **JOINT STIPULATION OF DISMISSAL** |
| v. | |
| Boston Scientific Corporation, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Jamie Hix and Byron Hix and Defendant Boston Scientific Corporation (collectively, the "Parties"), by and through their respective counsel of record, that the above-captioned action, and all claims that were or could have been asserted herein, are voluntarily dismissed, with prejudice, with each party bearing its own costs, disbursements, and attorneys' fees.

**IT IS SO STIPULATED.**

US.134033130.01

| | |
|---|---|
| 1 | RESPECTFULLY SUBMITTED this 30th day of July, 2021. |
| 2 | |
| 3 | /s/ Lincoln Combs |
|  | Lincoln Combs |
| 4 | O'STEEN & HAMILTON, PLC |
|  | 300 W. Clarendon Avenue, Suite 400 |
| 5 | Phoenix, AZ  85013-3424 |
|  | Telephone: (612) 252-8888 |
| 6 | lcombs@vanosteen.com |

Sheila Bossier
BOSSIER & ASSOCIATES, PLLC
1520 N. State Street
Jackson, MS  39202
sbossier@bossier-law.com

*Attorneys for Plaintiffs Jamie Hix and Byron Hix*

       /s/ Lauren E. Stein
Lauren E. Stein (#025086)
Amy Levine Heiserman (#032486)
QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391
Telephone:  (602) 229-5200
Lauren.Stein@quarles.com
Amy.Heiserman@quarles.com

Wendy J. Wildung (*pro hac vice*)
Scholastica N. S. Baker (*pro hac vice*)
FAEGRE DRINKER BIDDLE &REATH LLP
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402
Telephone:  (612) 766-7000
wendy.wildung@faegredrinker.com
scholastica.baker@faegredrinker.com

*Attorneys for Defendant Boston Scientific Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

By: /s/ Kim Simmons